MULHOLLAND v. REID et al. (T. T. REID CONST. CO., Intervener).
(No. 6679.)

(Supreme Court, Appellate Division, First Department.   December 31, 1914.)

Appeal from Special Term, New York County.

Action by Michael A. Mulholland against Luis Reid and others, in which the T. T. Reid Construction Company sought to intervene. From an order denying intervention, and refusing to cancel lis pendens, the T. T. Reid Construction Company appeals. Reversed in part.

Argued before INGRAHAM, P. J., and McLAUGHLIN, SCOTT, DOWLING, and HOTCHKISS, JJ.

J. C. Guggenheimer, of New York City, for appellant.
George B. Hayes, of New York City, for respondent.

PER CURIAM. Order reversed, with $10 costs and disbursements, and the motion granted, to the extent of permitting the T. T. Reid Construction Company to intervene as party defendant in this action, on opinion in action No. 1 between the same parties. 150 N. Y. Supp. 784.